

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>(609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>Toyota Lease Trust | Order Filed on November 8, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Carla Iannaccone,<br><br>Debtor. | Case No.: 19-28215 VFP<br>Adv. No.:11/7/19 @ 8:30am<br><br>Judge: Vincent F. Papalia |

## ORDER GRANTING STAY RELIEF AND RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: November 8, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:         Carla Iannaccone
Case No.:       19-28215 VFP
Caption:        **ORDER GRANTING STAY RELIEF AND RESOLVING OBJECTION TO CONFIRMATION**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Lease Trust, holder of a lease on 2017 Toyota RAV4, VIN: JTMBFREV3HJ109039, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Stuart D. Minion, Esquire, attorney for Debtor, Carla Iannaccone, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the automatic stay as to the 2017 Toyota RAV4, VIN: JTMBFREV3HJ109039 is hereby vacated as of November 15, 2019; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.