| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>(609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>Toyota Lease Trust |
| In Re:<br><br>Carla Iannaccone,<br><br>Debtor. |

**Order Filed on November 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  19-28215 VFP
Adv. No.:11/7/19 @ 8:30am

Judge:  Vincent F. Papalia

# ORDER GRANTING STAY RELIEF AND RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: November 8, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:         Carla Iannaccone
Case No.:       19-28215 VFP
Caption:        **ORDER GRANTING STAY RELIEF AND RESOLVING OBJECTION TO CONFIRMATION**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Lease Trust, holder of a lease on 2017 Toyota RAV4, VIN: JTMBFREV3HJ109039, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Stuart D. Minion, Esquire, attorney for Debtor, Carla Iannaccone, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the automatic stay as to the 2017 Toyota RAV4, VIN: JTMBFREV3HJ109039 is hereby vacated as of November 15, 2019; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Carla Iannaccone  
      Debtor

Case No. 19-28215-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Nov 08, 2019  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2019.  
db           +Carla Iannaccone,    339 Union Boulevard, Apt. 201,    Totowa, NJ 07512-2593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2019 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
         Stuart D. Minion    on behalf of Debtor Carla Iannaccone sminion@minionsherman.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                       TOTAL: 5