Case 19-28215-VFP    Doc 33    Filed 01/27/23    Entered 01/27/23 16:23:03    Desc Main
Document    Page 1 of 1

Microsoft Word - Change of Address 8-1-2021 clean.docx - Change    file:///C:/Users/Owner/Downloads/Change%20of%20Address%208-...

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re: | Case No.: | 19-28215 |
| | Adversary No.: | |
| Carla Iannaccone | Chapter: | 13 |
| | Judge: | Papalia |

### CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Carla Iannaccone
(Example: John Smith, creditor)

Old address: 339 Union Boulevard
Apt. 201
Totowa, NJ 07512

New address: 24 Grant Avenue
Apt. 1
Totowa, NJ 07512

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 1/27/23        *Carla Iannaccone*
                     Signature

rev.8/1/2021